| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| SONNY JAMES GUBBINE, | Case No. 3:19-cv-00127-MMD-CLB |
| Plaintiff | ORDER |
| v. | |
| RENEE BAKER et al., | |
| Defendants | |

**I.  DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-2) but will not file it until the matter of the payment of the filing fee is resolved.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, the Court will dismiss this case without prejudice.

///

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-2) but will not file it at this time.

DATED: December 9, 2019.

_____
UNITED STATES MAGISTRATE JUDGE